**E-Filed 4/17/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICKIE F. NELSON,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>             Defendant. | Case Number C 07-1810 JF<br><br>ORDER[1] DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 2] |

      Plaintiff Vickie F. Nelson has applied to proceed *in forma pauperis.* Plaintiff states the following: She has not been employed since September 3, 2001. She has not received income in the last twelve months from any of the sources detailed in the application. She does not own a home, but she does own a car that is not financed. She does not have a bank account, any cash, or other assets. She does not have any debts. Her monthly expenses for rent, utilities, food, and clothing are zero.

      It may be the case that a family member provides for Plaintiff, but the Court is concerned that the financial picture provided by Plaintiff is incomplete or inaccurate. Accordingly, the

---

[1] This disposition is not designated for publication and may not be cited.

1 | Court concludes that Plaintiff's application requires further explanatory detail.  The application
2 | will be denied without prejudice to resubmission with amended financial details or an
3 | accompanying explanation of Plaintiff's lack of income and daily living expenses.

5 | IT IS SO ORDERED.

7 | DATED: April 17, 2007.

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-1810 JF
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Harvey Peter Sackett        hps@hpspc.com, lucyc@sackettlaw.com; julie@sackettlaw.com; juanita@sackettlaw.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-1810 JF
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)