SCOTT N. SCHOOLS, CSBN 9990
United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX, Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: 415-977-8978
Facsimile: 415-744-0134
Email: sarah.ryan@ssa.gov

Attorneys for Defendant

CHAMBERS COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICKIE F. NELSON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. C 07-1810 (PVT) <br><br> ORDER EXTENDING DEFENDANT'S TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT |

The Court having considered Defendant's first Ex Parte Motion for Extension of Time to File Answer to Plaintiff's Complaint, and finding that good cause exists for granting same, HEREBY ORDERS THAT Defendant's time for answering Plaintiff's complaint be and is hereby extended from September 5, 2007, until October 5, 2007.

Dated: September 7, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge