HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE F. NELSON, | ) Civil No. C07-01810 (PVT) |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, December 3, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (9) Plaintiff's counsel currently has before this court and other district courts that also require briefing in and around this time period.

1

STIPULATION AND ORDER

1
2  　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
3  　　　　　　　　　　　　　　　　　　　　United States Attorney
4
5
6  Dated: November 2, 2007　　　　　　　　/s/
7  　　　　　　　　　　　　　　　　　　　　DONNA ANDERSON for
   　　　　　　　　　　　　　　　　　　　　SARAH RYAN
8  　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
9
10
11
12 Dated: November 2, 2007　　　　　　　　/s/
   　　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
13 　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
   　　　　　　　　　　　　　　　　　　　　VICKIE F. NELSON
14
15
16 IT IS SO ORDERED.
17
18 Dated:    November 5, 2007　　　　　　　*Patricia V. Trumbull*
19 　　　　　　　　　　　　　　　　　　　　HON. PATRICIA V. TRUMBULL
   　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER