1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as


Attorney for Plaintiff


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN JOSE

| | |
|---|---|
| VICKIE F. NELSON, ) | Civil No. C07-01810 (PVT) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | Date:  10/19/10 |
| Social Security Administration, ) | Time: 2:00 p.m. |
| ) | Courtroom: 5, 4th Floor |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that the Status Conference, presently scheduled for October 5, 2010 at 2:00 p.m., be moved to October 19, 2010 at 2:00 p.m.  This change is necessitated because Plaintiff's counsel will be out of the area.

1

JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

MELINDA HAAG
United States Attorney

Dated: September 24, 2010                /s/_____
DANIEL P. TALBERT
Special Assistant U.S. Attorney

Dated: September 24, 2010                /s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
VICKIE F. NELSON

IT IS SO ORDERED.

Dated:   9/27/10                         *signature*
PATRICIA V. TRUMBULL
United States Magistrate Judge

2
JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE