HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as


Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN JOSE

| | |
|---|---|
| VICKIE F. NELSON, | Civil No. C07-01810 (PVT) |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER TO REMOVE STATUS CONFERENCE |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | Date:  10/19/10<br>Time: 2:00 p.m.<br>Courtroom: 5, 4th Floor |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that the Status Conference, presently scheduled for October 19, 2010 at 2:00 p.m. shall be removed from the calendar.

1

JOINT STIPULATION AND ORDER TO REMOVE STATUS CONFERENCE

|     |     |
| --- | --- |
|     | MELINDA HAAG<br>United States Attorney |
| Dated: October 18, 2010 | /s/<br>DANIEL P. TALBERT<br>Special Assistant U.S. Attorney |
| Dated: October 18, 2010 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>VICKIE F. NELSON |

IT IS SO ORDERED.

Dated:   10/18/10

PATRICIA V. TRUMBULL
United States Magistrate Judge

2
JOINT STIPULATION AND ORDER TO REMOVE STATUS CONFERENCE